IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEVON J. ROSS,**

    **Plaintiff,**

v.                                 Case No.  4:19cv83-MW/HTC

**JAMES FEAD**
**and**
**CAPTAIN WILSON,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 13.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice under 28 U.S.C. § 1915(A)(b)(1) and § 1915(e)(2)(B)(ii) for

1

Plaintiff's failure to state a claim on which relief may be granted." The Clerk shall close the file.

**SO ORDERED on July 2, 2019.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**